**BRILL LEGAL GROUP, P.C.**
Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

March 30, 2022

<u>VIA ECF</u>
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Application GRANTED. The conference is hereby ADJOURNED to May 16, 2022, at 3:15 p.m. Counsel shall inform the Court in advance of the conference whether the proceeding will be a change-of-plea or a pretrial conference. Time is excluded under the Speedy Trial Act through May 16, 2022, to allow counsel to confer with the Defendant. The Clerk of Court is directed to terminate Doc. #16. SO ORDERED.*

*March 31, 2022*

Re:  *US v. Shannon Carter*
     21 Cr. 538 (JMF)

Dear Judge Furman:

With the consent of the government, I write to request an adjournment of the status conference scheduled for April 14, 2022, for approximately three to four weeks.

The government has provided Mr. Carter with a draft plea agreement that I have sent to him for his consideration. I am scheduled to speak to Mr. Carter on April 5, and he will need time to consider his options after that.

Subject to the Court's availability, I would request the afternoon of either May 5 or 6, any time on May 16, or a date convenient to the Court thereafter.

Mr. Carter consents to the adjournment and the exclusion of time until the next scheduled conference date.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788